Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

__Southern__ District of __Georgia__

__Dublin__ Division

| | |
|---|---|
| __Antonio L. Strickland__ ) | Case No. _____ |
| *Plaintiff(s)* ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | |
| -v- ) | **CV 323 - 098** |
| ) | |
| "See attached" 1 of 1 ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Antonio Lamar Strickland |
| All other names by which you have been known: | Hoolie Ragul, lil tony |
| ID Number | 1162810 |
| Current Institution | Ware State prison |
| Address | 3620 HARRIS RD. |
| | Waycross          GA          31503 |
| | *City*          *State*          *Zip Code* |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brian Chambers |
| Job or Title *(if known)* | Warden |
| Shield Number | N/A |
| Employer | GDOC |
| Address | P.O. Box 344 |
| | Wrightsville          GA          31096 |
| | *City*          *State*          *Zip Code* |

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Travis Prosser |
| Job or Title *(if known)* | (DWS) Deputy Warden of Security |
| Shield Number | N/A |
| Employer | GDOC |
| Address | P.O. Box 344 |
| | Wrightsville          GA          31096 |
| | *City*          *State*          *Zip Code* |

☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name: Sgt MS. Morrison

Job or Title (if known): Guard

Shield Number: NIA

Employer: GDOC

Address: P.O, Box 344

Wrightsville          GA          31096

City          State          Zip Code

☑ Individual capacity          ☑ Official capacity

Defendant No. 4

Name: Brian Moten

Job or Title (if known): (RSAT) program director.

Shield Number: NIA

Employer: Spectrum Health SYSTEMS INC.

Address: P.o. Box 344

Wrightsville          GA          31096

City          State          Zip Code

☑ Individual capacity          ☑ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

my first amendment to petition the Government for a redress of grievances and my eighth amendment right freedom from Cruel and unusual punishments

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____ N/A _____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____ "See attached"      2 of 2 _____

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)*  _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5 of 5

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____ N/A _____

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Johnson State prison (RSAt) program 3-18-22

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

3-18-22 Friday Morning 10-11 A.M.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

( "See attached"    8 of 8

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I suffered bruised ribs from been stomped by inmates. I was taken to medical to have sutures placed on the left side of my face (eye) area. my eyes was swollen and blood shot red for about a month. I loss permenant seeing ability out of my left eye. I had to be placed on bifocals by the eye docter. Now have to wear glasses forever now. I suffer with mental issues and had to get some psychological help.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. 1.5 million for the failure-to-protect and unsafe prison conditions ending in the permenant loss of my eye vision and pain/suffering from all defendants, jointly and severally in compensatory damages. Plaintiff also seeks punitive damages in the amount of 150,000 dollars against all defendants, jointly and severally. Plaintiff also seek recovery of their cost in suit, and any additional relief this court deems just, proper, and equitable.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Johnson State Prison (RSAT) program

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

3-25-22   AT Johnsen State Prison

2.   What did you claim in your grievance? Brian Chambers and Deputy Warden of security Travis Prosser is operating a prison that is understaffed and is a breach of security to Inmates safety and the lives of Inmates as well as officers. Due to lack of Guard supervision at Johnsen State prison

3.   What was the result, if any?

" Grievance was Accepted "

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
Grievance was accepted and non-appealable and was effectively closed and sent to the (ops) for further Investigation at the criminal Investigation Division.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

N|A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N|A

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Grievance # 337899 on file (Exhausted)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N|A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Antonio Lamar Strickland
     Defendant(s)   Brian Chambers et al.

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     United states district court of the Southern district, Dublin Division

3.   Docket or index number
     CV323-10

4.   Name of Judge assigned to your case
     Mr. Brian K. Epps

5.   Approximate date of filing lawsuit
     2/23

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition.   2/23

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* I dismissed my own case. It was dismissed with out prejudice.

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   N/A

Defendant(s)   N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition   N/A

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12 - 10 - 23

Signature of Plaintiff        *Antonio L Strickland*

Printed Name of Plaintiff     Antonio L. Strickland

Prison Identification #       #1102810

Prison Address                3620 HARRIS RD.

                              Way Cross          GA      31502
                              City               State   Zip Code

### B.    For Attorneys

Date of signing:   N/A

Signature of Attorney         N/A

Printed Name of Attorney      N/A

Bar Number                    N/A

Name of Law Firm              N/A

Address                       N/A

                              N/A                N/A     N/A
                              City               State   Zip Code

Telephone Number              N/A

E-mail Address                N/A

## CERTIFICATE OF SERVICE

I hereby certify that I have submitted complete and correct copies of the foregoing document(s) upon the parties listed below by placing the same in the Unites States Mail with sufficient postage affixed therein.

This 10th day of December , 20 23

*Antoine L. Strickland*
Pro Se

### PARTIES SERVED:

BRIAN CHAMBERS

TRAVIS PROSSER

BRIAN MOTEN

SGT. MORRISON

OFFICER MS. MANKEN

Johnson STATE PRISON

SPECTRUM HEALTH SYSTEMS,

INC

*249.80 on Account
<u>Stimulus</u>

SOP 406.19
Attachment 2
7/1/20

NOT Indigent

Copy of Postage

REQUEST FOR INDIGENT POSTAGE

( ) NON-LEGAL FIRST CLASS POSTAGE (maximum – three)

( 2 ) LEGAL POSTAGE (maximum – five)

( ) SPECIAL MAILING (maximum – one)

I fully understand that the funds for the purchase of indigent postage will be a loan from the Inmate Benefit Fund. If I receive any funds to my account, I will be required to reimburse the Inmate Benefit Fund in accordance with SOP 406.19 "Offender Financial Transactions and Business Activities"

Antonio Strickland
**Offender Name**

1102810
**GDC Number**

J2-10T
**Dorm and Room Number**

Antonio Strickland
**Offender Signature**

11 . 5 . 23
**Date**

Sgt Rhg
**Signature of Verifying Staff**

11-5-23
**Date**

## TO BE COMPLETED BY OFFENDER
### LEGIBLY PRINT ADDRESS

NON-LEGAL FIRST CLASS MAIL

_____

_____

"LEGAL MAIL"

LEGAL MAIL          Nicole Roberts
Southern Center for human rights 60 Walton st N.w ATL 30303
Georgia state bar 104 marrietta st. NW suite 100 ATL, 30303

_____

_____

SPECIAL MAILING

_____

**TO BE COMPLETED BY MAILROOM STAFF**

NON-LEGAL POSTAGE USED     DATE

LEGAL POSTAGE USED

SPECIAL MAILING POSTAGE USED

TOTAL POSTAGE USED

## TO BE COMPLETED BY BUSINESS OFFICE STAFF

[ ] APPROVED          [ ] DENIED

REASON FOR DENIAL:

_____

_____

BUSINESS OFFICE STAFF SIGNATURE:_____  DATE:_____

Copy: offender

Retention: Upon completion, this form shall be retained locally for three (3) years and then destroyed.

# "Defendants"

1) BRIAN CHAMBERS

2) TRAVIS PROSSER

3) BRIAN MOTEN

4) SGT. Morrison

5) Ofc. Manken

6) JOHNSON STATE PRISON

7) Spectrum HEALTH SYSTEMS, INC.

1 OF 1

# "Defendants"

Defendant NO. 5   OFC. MS. MAUKEN

TITLE: Guard

SHIELD: N/A

EMPLOYER: GDOC

ADDRESS: P.O. Box 344

WRIGHTSVILLE GA, 31096

☑ INDIVIDUAL CAPACITY      ☑ OFFICIAL CAPACITY


Defendant NO. 6   JOHNSON STATE PRISON

Title:

SHIELD: N/A

EMPLOYER: GDOC

Address: P.O. Box 344

WRIGHTSVILLE GA 31096

☐ INDIVIDUAL CAPACITY      ☑ OFFICIAL CAPACITY

1 OF 2

2 of 2

Defendant NO. 7 SPECTRUM HEALTH SYSTEMS INC.
TITLE: (RSAT) SPONSER
SHIELD: N/A
EMPLOYER: GDOC & SPECTRUM
ADDRESS: P.O. Box 344
            WRIGHTSVILLE GA, 31096

☑ INDIVIDUAL        ☑ OFFICIAL
   CAPACITY             CAPACITY

2 OF 2

## III. Basis for Jurisdiction

## D.

BRIAN CHAMBERS IS THE HEAD WARDEN OF JOHNSON STATE PRISON, acted under the color of state law.

TRAVIS PROSSER IS THE DEPUTY WARDEN OF Security at JOHNSON STATE PRISON, acted under the color of state law.

SGT. Morrison is a Guard at JOHNSON STATE PRISON, acted under the color of State law.

OFC. Manken IS a Guard at JOHNSON state Prison, acted under the color of State law.

BRIAN MOTEN is the (RSAT) PROGRAM Director at JOHNSON STATE PRISON,

1 OF 2

2 of 2

acted under the color of state law.

Spectrum HEAITH SYSTEMS, INC SPONSORS the (RSAT) Program at JoHNSON STATE PRISON, acted under the color of State law.

JOHNSON STATE PRISON IS THE FACIITY where this Incident occured, acted under the Color of State law,

At all times, each defendant acteel under the Color of state law.

2 of 2

## IV. Statement of Claim:

1) Plaintiff Strickland is asserting an unsafe prison condition claim against defendant Travis Prosser by placing him in an unsafe prison enviorment, due to lack of Guard Supervision.

Defendant Travis Prosser's action violated plaintiff Strickland's right under the eighth amendment to the united States Constitution and Caused plaintiff Strickland pain, Suffering, physical injury, and emotional distress.

By Witnessing Defendant Travis Prosser's illegal action, Brian Chambers acted with "deliberate indifference" and failed to Correct the unsafe prison Condition. By his misconduct, Defendant Brian

1 of 5

Chambers is also violating plaintiff's Strickland's rights under the eighth amendment to the united States Constitution and causing plaintiff Strickland pain, Suffering, physical injury, and emotional Distress.

2) Plaintiff Strickland is asserting a failure-to-protect Claim against all Defendants for failing to protect plaintiff from abuse.

Defendants violated plaintiff Strickland's rights under the eighth amendment to the United States Constitution and Caused Plaintiff Strickland pain, suffering, physical injury, and emotional distress.

2 of 5

3) Plaintiff Strickland is asserting a Negligence Claim against all defendants. Defendants fails to use reasonable Care to plaintiff Safety

Defendants violated plaintiff Strickland's rights under the eighth amendment to the United States constitution and Caused plaintiff Strickland pain, Suffering, Physical injury, and emotional Distress.

4) Plaintiff is asserting a Claim for mental or Emotional injury by all defendants.

Defendants are the cause of the mental or Emotional injury by Violating my rights under the eighth amendment to the united States constitution and caused

3 of 5

plaintiff Strickland pain, suffering, physical injury, and emotional distress.

5) Plaintiff Strickland has a first amendment right Claim against DWS TRAVIS PROSSER. By harming plaintiff Strickland by having blood put inside of his food for exercising his right to seek redress from the prison through use of the grievance system.

Defendant Travis Prosser was retailiating against plaintiff Strickland unlawfully, in violating of plaintiff Strickland rights under the first amendment to the united states constitution and caused plaintiff Strickland pain, suffering, physical injury, and emotional distress.

4 of 5

These Illegal action's are Causing plaintiff Strickland injury to his first amendment Constitution rights.

6) Plaintiff is asserting a interference with Government Contractual right Claim against all defendants.

Defendants all have violated plaintiff's Constitutional rights which is a liberty of Interest and violation of Government Contractual right and caused plaintiff Strickland pain, suffering, physical injury, and emotional distress.

All defendants acted under the color of State law.

5 OF 5

# Defendants titles & positions

1) Defendant: BRIAN CHAMBERS is The warden at Johnson State prison.
He is responsible over the operation and the welfare of all the Inmates thats housed at Johnson State prison.

Defendant BRIAN CHAMBERS Knew or should had known in the breach of Security at Johnson State prison by the lack of guard Supervision and Inmates Safety.

2) DEFENDANT: TRAVIS PROSSER is over the Security and Inmates Safety at Johnson State prison.
He is responsible for the lives and Safety of all Inmates at Johnson State prison.

1 of 3

3) Defendant: Sgt. Morrison is a Guard at Johnson state prison.
She is responsible to guard and protect all Inmates at Johnson State prison.

4) Defendant: Officer ms. manken is a guard at Johnson state prison.
She is responsible to guard and protect all Inmates at Johnson State prison.

5) Defendant: BRIAN MOTEN is The (RSAT) program director.
He is responsible to follow all federal, state, and local laws and to ensure proper treatment to all that comes to (RSAT) for treatment at Johnson State Prison.

6) Defendant: Johnson state prison is responsible for the act where

2 oF 3

the incident occured and is an on-going violation of Plaintiff Constitution right.

7) Defendant: Spectrum Health Systems INC. Is responsible and have a policy to protect all Inmates that Comes to (RSAT) for treatment from abuse, retailiation, exploitation and to follow all federal, state, and local laws Involving the rights of Clients in treatment.

At all times all defendants acted under the Color of State law.

3 oF 3

# "Verified Complaint"

Same as I wrote on my grievance Complaint #337899 At Johnson STATE PRISON, that was accepted by Grievance Coordinator Mrs. Braggs I Filed on 3-25-22. I was writting a grievance up on Brian CHambers (warden) and Deputy Warden of Security TRAVIS PROSSER for running a prison that is understaffed and is a breach of security to the safety and lives of Inmates. As well as officers Safety.

I was transferred to Johnson State prison 11/21 to rehabilitate myself in the (RSAT) program. Upon arrival at Johnson State prison. We were advised by Cert team LT. Green and LT. TAYLOR, that we was all welcome to Johnson State prison and that Johnson State

1 OF 8

prison was a minium and medium security camp that alot of us that came that day was going to (RSAT).

Lt. TAYLOR ALSO Advised us that Johnson State was a laid back prison and to be careful about going down there to the dorms gambling, borrowing money, fighting and getting into trouble cause they were very short of officers and their would be no guarantee when some help would make it to us. This was told to us soon as we got off the bus. By LT. TAYLOR on admission.

Johnson State Prison has a population of 1,500 Inmates. Johnson State prison has two yards consist of an east and a west yard. A two sided compound,

2 of 8

I was placed in L-building to be placed into the (RSAT) program.

Spectum Health SYSTEMS INC, is over the (RSAT) program at Johnson State prison. Spectum has a client policy and rights to protect all Inmates that comes to them for services. Spectum is committed to follow all federal, State, and local laws involving the rights of clients in treatment.

On March 18, 2022 I got jumped on by 4 or 5 inmates inside of L-4 dorm friday morning. I was jumped on till OFC. Manken and Sgt. Morrison. She was a guard at the time came to L-building and witness me getting jumped on. They opened the door while inmates druged me out of the dorm.

3 OF 8

When I was let up, Ms. Manken and Ms. Morrison asked me what happened. I told them yall just seen me get jumped. what you mean what happened? I asked them.
Inmates packed up my property and told the officers that I couldn't come back inside of L-4 dorm.

I asked OFC. Manken and OFC. Morrison at the time what they wanted me to do after they both seen me be jumped. I was told to push my property and the cart with all my property up to the I.D. Room and wait outside by security.

I pushed my property up the walk as I was told. By the time I made it in front of F-1 dorm I was stabbed on the left side of my face by a sharp object by an inmate. Leaving blood all over the

4 of 8

the compound. I ran'd back towards L-building to where I last seen some help, by the time I get back to L-building after already being jumped now stabbed in my left side of my face. A Half of inch from my left eye.

Officers see now that I have been stabbed and Call LT. Green on the Cert team. LT. Green Came cuff me up and asked me what happened. I told him I was stabed in front of F-building. I told him I dont know by who. LT. Green escorted me finally to Medical, before I made it to Medical, Deputy Warden MR. PROSSER was standing in front of Main Control. I was taken and Seen by him first. Deputy Warden Prosser took pictures of my face from his phone then I was escorted to medical to have emergency surgery done to my

5 of 8

face. I had bruised ribs from been kicked and punched I also had to get stiches placed on the left side of my face and have to Suffer with permanent eye loss ability and have to be placed on bifocals to gain seeing ability with my eye sight. I have been Stabbed three times at Johnsons State prison within one year and Could had been avoided if it was more security at Johnsan State prison.

After I filed my Grievance and DWS MR. PROSSER found out that I had a Vallid Claim on him and the Warden MR. CHAMBERS all of sudden I had got served a breakfast tray with blood inside of my breakfast cake, Inmates are not suppose to feed inmates inside of admin Segregation, the tray was given to me by an orderly.

I was eating my breakfast cake

6 OF 8

when I tasted some blood in my food. I called officer Ms. Lane to my flap in J-1-10 and told her that I was served blood in my food and she witness me spit blood out my mouth on the tray flap. I wrote a grievance on 10-14-22. It was Rejected due to out of time in filing.

LT. Green had reviewed the video footage and locked up an inmate from out of F-1 dormitory for stabbing me in my face. The inmate was a general population inmate that had stabbed me.

By, me being in the (RSAT) program I was'nt suppose to be around or have any contact with No (GP) Inmate.

I was seen by medical and was

7 of 8

placed in admin segregation for security issues.

I successfully completed (RSAT) which is a 9 month recovery program at Johnson State prison on 9-1-22 by program director Brian Moten and Warden Brian Chambers. It have been an on-going issue at Johnson State Prison with the lack of Guards since my arrival at Johnson State until now and still have Guard Issues with Supervision and Inmates Safety.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed at: waycross, GA

12-10-23

Antonio L. Strickland
signature

Antonio L. Strickland
print

8 of 8

In The United States District Court For The Southern District of Georgia, Dublin Division.

Antonio L. Strickland

Summons
Civil action NO.

V.

Brian Chambers
Travis Prosser
Brian Moten
Sgt. Morrison
Officer. Manken
Johnson State Prison
Spectrum Health Systems,
Inc.

To the above-named Defendants:
You are hereby summoned and required to serve upon plaintiff, whose address is Ware

1 OF 2

STATE PRISON   3620 HARRIS RD, WAYCROSS GA, 31502. AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS OF SERVICE AFTER THIS SUMMONS IS SERVED UPON ALL DEFENDANTS, EXCLUSIVE OF THE DAY OF SERVICE, OR 60 DAYS IF THE U.S. GOVERNMENT OR OFFICER/AGENT THEREOF IS A DEFENDANT. IF YOU FAIL TO DO SO, JUDGEMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.


CLERK OF THE COURT  _____


DATE: _____


2 OF 2

Mr. Antonio L. Strickland 1102810

WARE STATE PRISON

3620 Harris Rd.

WAYCROSS, GA 31503



To: Office of the

P.O. BOX 1130

Augusta, Ga 3