IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANTONIO LAMAR STRICKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 323-098 |
| WARDEN BRIAN CHAMBERS; DEPUTY WARDEN TRAVIS PROSSER; SGT. MS. MORRISON; BRIAN MOTEN; OFFICER MS. MANKEN; JOHNSON STATE PRISON; and SPECTRUM HEALTH SYSTEMS, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all claims against Defendants Morrison, Manken, Moten, Spectrum, and Johnson State Prison, as well as all official capacity claims for monetary damages against all Defendants. The case shall proceed against Defendants Chambers and Prosser as described in the Magistrate Judge's February 28, 2024 Order. (Doc. no. 11.)

SO ORDERED this 2nd day of April, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE