IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTONIO LAMAR STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-098 |
| | ) | |
| WARDEN BRIAN CHAMBERS and | ) | |
| DEPUTY WARDEN TRAVIS PROSSER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's motion for entry of default. (Doc. no. 21.)

SO ORDERED this 2nd day of July, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE